FRENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for CHET GOVAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHET GOVAN,<br><br>　　　　　Defendant. | Case No. 2:95-cr-263-GMN<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Chet Govan that the Revocation Hearing currently scheduled on Thursday, November 17, 2016 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than three (3) months.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The parties are continuing to monitor the progress of the defendant on the negotiated resolution.

2. They therefore request the petition be held in abeyance, with the understanding the defendant will continue to make good faith payments of forty ($40) dollar per month towards his restitution amount.

2. Should the defendant show additional successful progress, government counsel and the probation department will seek to dismiss the pending petition.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED the 27th of October, 2016.

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

 */s/ Rebecca A. Levy*                              */s/ Alexandra M. Michael*
By_____   By_____
REBECCA A. LEVY                                    ALEXANDRA M MICHAEL
Assistant Federal Public Defender          Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHET GOVAN,<br><br>　　　　Defendant. | Case No. 2:95-cr-263-GMN<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Thursday, November 17, 2016 at 9:00 a.m., be vacated and continued to February 23, 2017 at the hour of  10:30 a.m.

　　DATED this ___1___ day of ~~October~~ November, 2016.

_____
UNITED STATES DISTRICT JUDGE

3