FRENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for CHET GOVAN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CHET GOVAN,<br><br>             Defendant. | Case No. 2:95-cr-263-GMN<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Chet Govan that the Revocation Hearing currently scheduled on  Friday, March 3, 2017 at 10:30  a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties are continuing to monitor the progress of the defendant on the negotiated resolution.

2. The supervising officer is not opposed to the continuance.

3. The parties therefore request the petition continue to be held in abeyance, with the understanding the defendant will continue to make good faith payments of forty ($40) dollar per month towards his restitution amount.

4. Should the defendant show additional successful progress, government counsel and the probation department will seek to dismiss the pending petition.

5. Defendant is not incarcerated and does not object to a continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED the 22nd day of February, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Alexandra M. Michael*<br>By_____<br>ALEXANDRA M MICHAEL<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>CHET GOVAN,<br><br>      Defendant. | Case No. 2:95-cr-263-GMN<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Friday, March 3, 2017 at 10:30 ., be vacated and continued to  April 14, 2017  at the hour of  10:00 a.m. in Courtroom 7C.

DATED this   23   day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

3