# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHET V. GOVAN,<br><br>　　　　　Defendant. | Case No. 2:95-cr-263-GMN<br><br>**ORDER FOR U.S. MARSHALL SERVICES TO ARRANGE NON-CUSTODIAL TRANSPORTATION** |

　　　IT IS HEREBY ORDERED   that the United States Marshal shall arrange for the defendant's non-custodial transportation, to Las Vegas Nevada on or before Friday,  April 21, 2017 at 10:30 a.m., to appear in court in the above-entitled matter for the purpose of  Revocation Hearing.

　　　DATED this 19th   day of  April, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court