FRENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for CHET GOVAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:95-cr-263-GMN |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Fifth Request) |
| CHET GOVAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Chet Govan that the Revocation Hearing currently scheduled on Friday, April 21, 2017 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The court has ordered non-custodial transportation paid for by the U.S. Marshal Services (ECF no. 321). Additional time is needed to complete the travel arrangements in the most cost effect way.

1    2.    The supervising officer is not opposed to the continuance.

2    3.    The parties agree to the continuance.

3    4.    Defendant is not incarcerated and does not object to a continuance.

4    5.    Additionally, denial of this request for continuance could result in a

5    miscarriage of justice.

6    This is the fifth request for continuance filed herein.

7    DATED the 20th day of April, 2017.

8

9    RENE L. VALLADARES                    STEVEN W. MYHRE
     Federal Public Defender               Acting United States Attorney
10

11        */s/ Rebecca A. Levy*                    */s/ Alexandra M. Michael*
     By_____    By_____
12   REBECCA A. LEVY                       ALEXANDRA M MICHAEL
     Assistant Federal Public Defender     Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:95-cr-263-GMN |
| Plaintiff, | **ORDER** |
| v. | |
| CHET GOVAN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Friday, April 21, 2017 at 10:30 a.m., be vacated and continued to __May 26, 2017__ at the hour of 9:00 a.m.

DATED this __19__ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

3