UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHET GOVAN

Defendant.

Case No. 2-95-CR-263-GMN-NA

ORDER

This matter is before the court to clarify the order of restitution previously entered as part of the Judgment filed in this criminal case ("Judgment") (ECF No. 125), following the sentencing held on April 18, 1997 (ECF No. 124). Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment. The Court thus finds good cause exists to modify the restitution order to clarify to whom the Defendant owes restitution.

It is therefore ordered that defendant must make restitution to the following payee(s):

**Name of Payee:** HARRAHS HOTEL AND CASINO

**Amount of Restitution:** $97,040.00

**Total Amount of Restitution ordered: $97,040.00***

***Joint and Several with co-defendant Melvin Foster and defendants in case 2:94-CR-119-LDG

Dated this _____13_____ day of April 2020.

_____

UNITED STATES DISTRICT JUDGE